IRVING LIEBOWITZ v. MEYER BROTHERS, INC.

January 16, 1979. Petition for certification denied.

S. RANDY SARANTOS v. C. DAVID WITHERINGTON.

January 16, 1979. Petition for certification denied.

STATE OF NEW JERSEY v. RICHARD HENRY FORT.

January 16, 1979. Petition for certification denied.

BOROUGH OF ENGLEWOOD CLIFFS v.
PALESTRONI REALTY, INC.

January 16, 1979. Petition for certification denied.

BOROUGH OF ENGLEWOOD CLIFFS v. VIRGINIA FAUST.

January 16, 1979. Petition for certification denied.

HELEN LO COCCO v. WAGNER ELECTRIC COMPANY.

January 16, 1979. Petition for certification denied.